IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civ. Action No. 5:14-00040-KS-D

| | | |
|---|---|---|
| WANDA SIMMONS, | ) | |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING CONSENT |
| | ) | MOTION TO APPEAR BY TELEPHONE |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| ACTING COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

Upon consideration of Defendant's unopposed Motion to Appear by Telephone for the hearing scheduled for 10:45 a.m. on October 15, 2014, it is hereby ORDERED that Defendant's motion be GRANTED.

This the 3rd day of October 2014,

Kimberly A. Swank
United States Magistrate Judge